Gary L. Eastman  (CSB #182518)
Eastman & McCartney LLP
401 West A Street, Suite 1785
San Diego, CA 92101
Tel: (619) 230-1144
Fax: (619) 230-1194
Attorney for Plaintiff
HELIX ENVIRONMENTAL PLANNING, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| HELIX ENVIRONMENTAL PLANNING, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HELIX ENVIRONMENTAL AND STRATEGIC SOLUTIONS, a California corporation,<br><br>Defendant. | **Case No.: 3:18-cv-02000-AJB-NLS**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT HELIX ENVIRONMENTAL AND STRATEGIC SOLUTIONS**<br><br>Judge:  Hon. A.J. Battaglia<br>Courtroom: 4A<br>Date: May 30, 2019<br>Time: 2:00pm |
|---|---|

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on May 30, 2019 at 2:00 pm or as soon thereafter as this matter may be heard, in the above-entitled Court, located at 221

---

Notice of Motion and Motion for Entry of Default Judgment        18-CV-02000-AJB-NLS

1

1  West Broadway, 4th floor, Courtroom 4A, San Diego, California, Plaintiff Helix
2  Environmental Planning, Inc. (hereinafter referred to as "Helix") will and hereby
3  does respectively move this Court pursuant to Rule 55(b)(2) of the Federal Rules
4  of Civil Procedure, for entry of default judgment, including declaring that:
5      (1) Defendant Helix Environmental and Strategic Planning, Inc. (hereinafter
6  referred to as "Defendant") has been and continues to infringe Helix's registered
7  HELIX ENVIRONMENTAL PLANNING service mark in violation of 15 U.S.C.
8  § 1114(1);
9      (2) Defendant's use of the phrase "Helix Environmental" and the domain
10 name helixenvironmental.com constitutes federal unfair competition in violation
11 of 15 U.S.C. § 1125(a);
12     (3) Defendant's use of the phrase "Helix Environmental" and the domain
13 name helixenvironmental.com constitutes California common law trademark
14 infringement;
15     (4) Defendant has committed cybersquatting in violation of the
16 Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d); and
17     (5) Defendant's use of the phrase "Helix Environmental" and the domain
18 name helixenvironmental.com constitutes unfair competition in violation of
19 California Business and Professions Code §§ 17200 *et seq*.
20
21 Accordingly, Plaintiff Helix requests that the Court:
22     (1) Enter a permanent injunction forever enjoining and restraining
23 Defendant and its agents, officers, attorneys, employees, successors, assigns,
24 affiliates, and any persons in privity or active concert or participation with any of
25 them from using the term "Helix Environmental" with or without its
26 accompanying logo, and the domain name helixenvironmental.com, or any words,
27 phrases, symbols, or logos, or combination of words and symbols that would
28 create a likelihood of confusion, mistake, and/or deception with the HELIX

1  ENVIRONMENTAL PLANNING service mark and trade name in connection
2  with environmental services.
3      (2) Require, under 15 U.S.C. § 1118, that Defendant and all others acting
4  under Defendant's authority, at their cost, deliver up and destroy all devices,
5  literature, advertising, labels, and other materials in their possession bearing the
6  designation "Helix Environmental" or <u>helixenvironmental.com and cease use of
7  the Internet domain name helixenvironmental.com</u>.
8      (3) Order, under 15 U.S.C. § 1125(d)(1)(C), the transfer of the Internet
9  domain name helixenvironmental.com
10     (4) Direct Defendant, under 15 U.S.C. § 1116(a), to file with the Court and
11 serve on Plaintiff, within thirty (30) days after issuance of an injunction, a report
12 in writing and under oath setting forth in detail the manner and form in which
13 Defendant has complied with the injunction.
14     (5) Declare that Plaintiff Helix is the sole legal and equitable owner of the
15 Internet domain name <u>helixenvironmental.com</u> and order that the Defendant
16 relinquish all rights to the Internet domain name and direct Domains by Proxy,
17 LLC; GoDaddy, LLC; or any other party in a position to do so to transfer the
18 Internet domain name to Helix.
19     (6) For such additional, other, or further relief as the Court deems just and
20 proper, including, but not limited to, attorneys' fees and costs.
21
22     Plaintiff Helix brings this Motion on the grounds that Defendant is not an
23 infant or incompetent person. Defendant was served the Summons and Complaint
24 in this lawsuit and was well aware of its obligations to respond in this lawsuit.
25 Still, Defendant failed to respond timely and properly to the Complaint. On
26 January 22, 2019, the Clerk of this Court entered a default against Defendant for
27 failure to appear, plead, or otherwise answer Helix's Complaint within the time
28 allowed by law.

1  This Motion is based on this Notice of Motion and Motion, the
2 Memorandum of Points and Authorities filed in support thereof, the Declaration of
3 Gary L. Eastman, the default entered by the Clerk of this Court on January 22,
4 2019, and the files and records in this action.
5
6
7  Respectfully submitted,
8
9 Dated: February 4, 2019
10  Eastman & McCartney LLP
11  By: ___/s/  Gary L. Eastman
12  Gary L. Eastman, Esq.
   Attorney for Plaintiff
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **CERTIFICATE OF SERVICE**

I, the undersigned certify and declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is 401 West A Street, Suite 1785, San Diego, California, 92101, which is located in the county where the service described below took place.

On February 4, 2019, at my place of business in San Diego, California, I served a copy of the following document:

**NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT**

The undersigned hereby certifies that he caused a copy of the foregoing documents to be filed with the clerk of the U.S. District Court, Southern District of California, using the CM/ECF filing system, and a copy will be electronically mailed to the following recipients via ECF electronic service:

Chris Arledge, Esq.
One LLP
4000 MacArthur Blvd, East Tower Ste. 500
Newport Beach, CA 92660

Attorney for Helix Environmental and Strategic Solutions

I certify and declare under penalty of perjury under the laws of the United States of American and the State of California that the foregoing is true and correct.

Executed on February 4, 2019, in San Diego, California.

By:     /s/ Gary Eastman
                Gary Eastman