Gary L. Eastman, Esq. (CSB #182518)
Eastman & McCartney, LLP
401 West A Street, Suite 1785
San Diego, CA 92101
(619) 230-1144
Attorney for Plaintiff
HELIX ENVIRONMENTAL PLANNING, INC.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELIX ENVIRONMENTAL PLANNING, INC. a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HELIX ENVIRONMENTAL AND STRATEGIC SOLUTIONS, a California Corporation,<br><br>Defendant. | CASE NO:  18cv2000 AJB NLS<br><br>**DECLARATION OF GARY L. EASTMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Judge:  A. J. Battaglia<br>Courtroom:  4A<br>Date:  May 30, 2019<br>Time:  2:00 p.m. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declaration of Gary L. Eastman ISO Plaintiff's Motion for
Default Judgment                                                         CASE NO.:  18cv2000 AJB NLS

I, Gary L. Eastman, hereby declare as follows:

1.      I am an attorney for HELIX ENVIRONMENTAL PLANNING, INC. ("Helix") in the above entitled action.  I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2.      I filed the Complaint in this action on August 27, 2018 (Doc. No. 1).

3.      I coordinated the service of the Summons and Complaint on Defendant HELIX ENVIRONMENTAL AND STRATEGIC SOLUTIONS ("Helix2") counsel pursuant to F.R.C.P. Rule 4 Waiver of Service of Summons.

4.      The Summons and Complaint were provided to Defendant Helix2 via FRCP Rule 4 Waiver which was executed by counsel for Helix2 on October 24, 2018, and filed October 25, 2018. (Doc. No. 4).

5.      Since the filing of this case, I have spoken with counsel for Defendant Helix2 on many occasions.  During these discussions, Defendant counsel acknowledged receipt of the Complaint.

6.      The time period for Defendant Helix2 to file an Answer or otherwise respond has expired.

7.      No resolution of the case has been reached.

8.      Defendant Helix2 is not a minor, an incompetent person, or in military service.

9.      To date, Defendant Helix2 has not filed an Answer, or otherwise responded to the Complaint.

10.      On January 8, 2019, Plaintiff Helix's counsel sent a final demand letter to Defendant Helix2's counsel requesting that Helix2 cease use of the HELIX trademark by January 16, 2019, file its Answer or other responsive pleading by January 17, 2019, or Plaintiff Helix will file its Request for Clerks Default on January 18, 2019.

11.  On January 18, 2019, I submitted a Request for Entry of Clerk's Default as Docket No. 5.  A copy of the Request was served on counsel for Helix2.

12.  The Clerk entered default on January 22, 2019 as Docket No. 6.

13.  On January 29, 2019, I received an email from counsel for Helix2 acknowledging the entry of the Default and seeking further discussions regarding settlement.

14.  On January 30, 2019,  in response I sent an email to counsel for Helix2 and reiterated Helix' demand that Helix2 cease its use of the HELIX mark.

15.  At no times has Plaintiff Helix withdrawn its allegations of Trademark Infringement against Defendant.

16.  Plaintiff seeks default judgment and an order directing Defendant Helix2 to stop its ongoing infringement of the HELIX trademark.

I certify and declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: February 4, 2019

Eastman & McCartney LLP

By: /s/  Gary L. Eastman

Gary L. Eastman, Esq.

Attorney for Plaintiff

CERTIFICATE OF SERVICE

I, the undersigned certify and declare as follows:

I am over the age of eighteen years and not a party to this action.  My business address is 401 West A Street, Suite 1785, San Diego, California, 92101, which is located in the county where the service described below took place.

On February 4, 2019, at my place of business in San Diego, California, I served a copy of the following document:

**DECLARATION OF GARY L. EASTMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Via ECF The undersigned hereby certifies that he caused a copy of the foregoing documents to be filed with the clerk of the U.S. District Court, Southern District of California, using the CM/ECF filing system, and has forwarded a copy to be electronically mailed to the following recipients:

Chris Arledge, Esq.
One LLP
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
Attorneys for Defendant


I certify and declare under penalty of perjury under the laws of the United States of American and the State of California that the foregoing is true and correct.

Executed on February 4, 2019, in San Diego, California.

By:     /s/ Gary Eastman

Gary Eastman