| | |
|---|---|
| 1 | Christopher W. Arledge (Bar No. 200767) |
|   | Email: carledge@onellp.com |
| 2 | Jenny S. Kim (Bar No. 282562) |
|   | Email: jkim@onellp.com |
| 3 | **ONE LLP** |
|   | 4000 MacArthur Blvd. |
| 4 | East Tower, Suite 500 |
|   | Newport Beach, CA 92660 |
| 5 | Telephone:  (949) 502-2870 |
|   | Facsimile:   (949) 258-5081 |

Attorneys for Defendant,
Helix Environmental and Strategic Solutions

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELIX ENVIRONMENTAL PLANNING, INC., a California corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>HELIX ENVIRONMENTAL AND STRATEGIC SOLUTIONS, a California corporation,<br><br>        Defendant. | Case No. 18-cv-02000-AJB-NLS<br><br>**NOTICE OF MOTION AND DEFENDANT HELIX ENVIRONMENTAL AND STRATEGIC SOLUTIONS' MOTION TO SET ASIDE DEFAULT PURSUANT TO FED. R. CIV. P. 55(c)**<br><br>**[MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF CHRISTOPHER W. ARLEDGE FILED CONCURRENTLY HEREWITH]**<br><br>Date:        May 30, 2019<br>Time:        2:00 p.m.<br>Courtroom:  4A |

18-cv-02000-AJB-NLS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 30, 2019 at 2:00 p.m., or as soon thereafter as the matter may be heard before Honorable Anthony J. Battaglia, in Courtroom 4A of the United States District Court, Southern District of California, located at 221 West Broadway, Suite 3155, San Diego CA 92101, Defendant Helix Environmental and Strategic Solutions ("Defendant") will, and hereby does, move this Court for an order setting aside the Default entered by the Clerk on January 22, 2019.

Pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, good cause exists to grant the relief sought as the default was entered as a result of misconduct by counsel for Plaintiff Helix Environmental Planning, Inc. ("Plaintiff") and/or excusable neglect. Further, there will be no prejudice to the Plaintiff if the relief is granted and Defendant has good and meritorious defenses to the claims asserted in the Complaint.

This Motion is based on this Notice, the Memorandum of Points and Authorities and Declaration of Chris Arledge filed concurrently herewith, the pleadings and papers on file in this action, and on such other and further evidence as may properly be before this Court.

Dated:  February 7, 2019             ONE LLP

                                     By: /s/ Christopher W. Arledge
                                         Christopher W. Arledge
                                         Jenny S. Kim
                                         Attorneys for Defendant,
                                         Helix Environmental and Strategic
                                         Solutions

## CERTIFICATE OF SERVICE

I certify that on February 7, 2019, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the CM/ECF participant(s) noted below:

Gary L. Eastman
EASTMAN & MCCARTNEY, LLP
401 West A Street, Suite 1785
San Diego, CA 92101
Email: gary@eastmanmccartney.com

*Attorneys for Plaintiff,*
*Helix Environmental Planning, Inc.*

                                                    /s/ Christopher W. Arledge
                                                  Christopher W. Arledge