1  Christopher W. Arledge (Bar No. 200767)
   Email: carledge@onellp.com
2  Jenny S. Kim (Bar No. 282562)
   Email: jkim@onellp.com
3  **ONE LLP**
   4000 MacArthur Blvd.
4  East Tower, Suite 500
   Newport Beach, CA 92660
5  Telephone: (949) 502-2870
   Facsimile: (949) 258-5081
6

7  Attorneys for Defendant,
   Helix Environmental and Strategic Solutions
8

9

10                    **UNITED STATES DISTRICT COURT**

11                    **SOUTHERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| HELIX ENVIRONMENTAL PLANNING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HELIX ENVIRONMENTAL AND STRATEGIC SOLUTIONS, a California corporation,<br><br>Defendant. | Case No. 18-cv-02000-AJB-NLS<br><br>**NOTICE OF APPEARANCE – JENNY S. KIM** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Jenny S. Kim of One LLP hereby enters her appearance as counsel of record for Defendant Helix Environmental and Strategic Solutions. Ms. Kim's contact information is as follows:

Jenny S. Kim
One LLP
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081
Email: jkim@onellp.com

Dated:  February 7, 2019        **ONE LLP**

By: /s/ Jenny S. Kim
    Jenny S. Kim
    Christopher W. Arledge
    Attorneys for Defendant,
    Helix Environmental and Strategic Solutions

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I certify that on February 7, 2019, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the CM/ECF participant(s) noted below:

| | |
|---|---|
| Gary L. Eastman<br>EASTMAN & MCCARTNEY, LLP<br>401 West A Street, Suite 1785<br>San Diego, CA 92101<br>Email: gary@eastmanmccartney.com<br><br>*Attorneys for Plaintiff,*<br>*Helix Environmental Planning, Inc.* | Christopher W. Arledge<br>One LLP<br>4000 MacArthur Blvd.<br>East Tower, Suite 500<br>Newport Beach, CA 92660<br>Email: carledge@onellp.com<br><br>*Attorney for Defendant Helix*<br>*Environmental and Strategic Solutions* |

                                               /s/ Jenny S. Kim
                                               Jenny S. Kim