Christopher W. Arledge (Bar No. 200767)
Email: carledge@onellp.com
Jenny S. Kim (Bar No. 282562)
Email: jkim@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Attorneys for Defendant,
Helix Environmental and Strategic Solutions

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELIX ENVIRONMENTAL PLANNING, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HELIX ENVIRONMENTAL AND STRATEGIC SOLUTIONS, a California corporation,<br><br>　　　　　Defendant. | Case No. 18-cv-02000-AJB-NLS<br><br>**DEFENDANT HELIX ENVIRONMENTAL AND STRATEGIC SOLUTIONS' NOTICE OF PARTY WITH FINANCIAL INTEREST** |

1  Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 40.2,
2  Defendant Helix Environmental and Strategic Solutions states that it has no parent
3  corporations and no publicly held company owns 10% or more of its stock.

6  Dated:  February 19, 2019                          **ONE LLP**

8  By: /s/ Jenny S. Kim
      Christopher W. Arledge
      Jenny S. Kim
      Attorneys for Defendant,
      Helix Environmental and Strategic
      Solutions

# **CERTIFICATE OF SERVICE**

I certify that on February 19, 2019, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the CM/ECF participant(s) noted below:

Gary L. Eastman
EASTMAN & MCCARTNEY, LLP
401 West A Street, Suite 1785
San Diego, CA 92101
Email: gary@eastmanmccartney.com

*Attorneys for Plaintiff,*
*Helix Environmental Planning, Inc.*

Christopher W. Arledge
ONE LLP
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
Email: carledge@onellp.com

*Attorneys for Defendant,*
*Helix Environmental and Strategic Solutions*

/s/ Jenny S. Kim
Jenny S. Kim