Gary L. Eastman, Esq. (CSB #182518)
Eastman McCartney Dallmann LLP
401 West A Street, Suite 1785
San Diego, CA 92101
(619) 230-1144
Attorneys for Plaintiff
HELIX ENVIRONMENTAL PLANNING, INC.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELIX ENVIRONMENTAL PLANNING, INC. a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HELIX ENVIRONMENTAL AND STRATEGIC SOLUTIONS, a California corporation; and IVAN DEAN MYERS, an individual.<br><br>Defendants. | CASE NO: 18cv2000 AJB AHG<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ENFORCEMENT OF SETTLEMENT TERMS**<br><br>Judge: Hon. Anthony J. Battaglia<br>Date: January 21, 2021<br>Time: 2:00 p.m. |

TO ALL PARTIES:

PLEASE TAKE NOTICE THAT on January 21, 2021 at 2:00 PM, or as soon as this matter may be heard, in the above-titled court, located at 221 West Broadway,

---

Notice of Motion and Motion for Enforcement of Settlement Terms
CASE NO.: 18cv2000 AJB AHG

1

4th floor, Courtroom 4A, San Diego, California, Plaintiff Helix Environmental Planning, Inc. ("Plaintiff") will and hereby does respectively move this Court—pursuant to the parties' Settlement Agreement—for issuance of an order requiring Defendants to: (a) immediately submit to the California Secretary of State the completed name-change amendment that Defendants submitted on September 4, 2020 to Plaintiff's counsel; and (b) take all necessary action to transfer the www.helixenvironmental.com domain name to Plaintiff on or before December 1, 2020.

Plaintiff additionally requests that the Court order Defendants, per the parties' Settlement Agreement, to reimburse Plaintiff's attorney's fees and costs associated with this motion and Defendants' past and ongoing delays in performance that necessitated this motion. The Court may also impose punitive sanctions as it sees just.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed in support thereof, the Declaration of Gary L. Eastman, and the files and records in this action.

Respectfully submitted,

Dated: November 17, 2020      EASTMAN MCCARTNEY DALLMANN LLP

By: /s/ Gary L. Eastman
Gary L. Eastman, Esq.
Attorneys for Plaintiff

Notice of Motion and Motion for Enforcement of Settlement Terms
CASE NO.: 18cv2000 AJB AHG

# CERTIFICATE OF SERVICE

I, the undersigned certify and declare as follows:

I am over the age of eighteen years and not a party to this action.  My business address is 401 West A Street, Suite 1785, San Diego, California, 92101, which is located in the county where the service described below took place.

On November 17, 2020, at my place of business in San Diego, California, I served a copy of the following document:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ENFORCEMENT OF SETTLEMENT TERMS**

Via ECF The undersigned hereby certifies that he caused a copy of the foregoing documents to be filed with the clerk of the U.S. District Court, Southern District of California, using the CM/ECF filing system, and has forwarded a copy to be physically and electronically mailed to the following recipients:

*By email:*
ivandean620@gmail.com

*By mail:*
Ivan Dean Myers
11664 Pala Mesa Drive
Porter Ranch, CA  91326

I certify and declare under penalty of perjury under the laws of the United States of American and the State of California that the foregoing is true and correct.

Executed on November 17, 2020, in San Diego, California.

By:                      /s/ Gary L. Eastman
                         Gary L. Eastman