Gary L. Eastman, Esq. (CSB #182518)
Eastman McCartney Dallmann LLP
401 West A Street, Suite 1785
San Diego, CA 92101
(619) 230-1144
Attorney for Plaintiff
HELIX ENVIRONMENTAL PLANNING, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| HELIX ENVIRONMENTAL PLANNING, INC. a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HELIX ENVIRONMENTAL AND STRATEGIC SOLUTIONS, a California corporation; and IVAN DEAN MYERS, an individual<br><br>Defendants. | Case No.: 18cv2000 AJB AHG<br><br>**DECLARATION OF GARY L. EASTMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR ENFORCEMENT OF SETTLEMENT TERMS**<br><br>Judge: Hon. A.J. Battaglia<br>Magistrate: Hon. Allison Goddard<br><br>Date: January 21, 2021<br>Time: 2:00 p.m.<br>Place: Courtroom 4A |
|---|---|

I, Gary L. Eastman, hereby declare as follows:

1.  I am an attorney of record for HELIX ENVIRONMENTAL PLANNING, INC. ("Plaintiff") in the above entitled action against Ivan Dean Myers and his corporation Helix Environmental and Strategic Solutions

1  ("Defendants").  I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2.  Plaintiff filed the above entitled action on August 27, 2018 against Helix Environmental and Strategic Solutions ("HESS").  HESS failed to respond to the Complaint or involve itself at all in this action until Plaintiff initiated default proceedings on January 18, 2019.  Ultimately, the Court set aside clerk's entry of default and Plaintiff later added Mr. Myers as a defendant.

3.  The early neutral evaluation conference ("ENE") for this case was originally scheduled for October 16, 2019 (Dkt. No. 28).

4.  On October 15, 2019, the day prior to the ENE, Defendants requested a two-month continuance, on the basis that Mr. Myers was recovering from home and property damage resulting from the October 2019 Porter Ranch fires (Dkt. No. 31).  In response, the Court continued the ENE to December 18, 2019 (Dkt. No. 32).

5.  Defendants failed to appear at the rescheduled ENE on December 18, 2019 without any notice to their counsel, opposing counsel, or the Court.  As a result, the Court required Defendants to pay $1,240 in sanctions to Plaintiff by February.  Defendants failed to pay the sanctions on or before February 18, 2020 as ordered by the Court (Dkt. No. 43).

6.  Plaintiff served its first set of requests for production on Defendants on October 22, 2019 but Defendants never produced any documents, despite Plaintiff's multiple demands for production.

7.  Plaintiff served a second set of discovery requests on April 24, 2020. Defendants did not respond to those discovery requests

8.  Rather than Plaintiff filing a motion to compel discovery from Defendants, the parties agreed to a settlement during a mandatory settlement conference before Judge Allison Goddard on June 12, 2020.

Declaration of Gary L. Eastman ISO Plaintiff's Motion for Enforcement of Settlement Terms
CASE NO.:  18cv2000 AJB AHG

2

9.     During the mandatory settlement conference on June 12, 2020, the parties placed the material terms of the agreed-on settlement on the record. Michael Schwerin, president of Plaintiff, verbally agreed to all of the material terms on behalf of Plaintiff.  Mr. Myers, president of HESS, verbally agreed to all of the material terms in his individual capacity and on behalf of his corporation HESS.  Attached as **Exhibit A** is a true and correct copy of the transcript of the settlement terms placed on the record by Mr. Schwerin and Mr. Myers before Judge Goddard on June 12, 2020.

10.    The Court instructed Plaintiff's counsel to draft a written settlement agreement and send it to Mr. Myers by June 19, 2020.  The Court also set a settlement disposition conference for July 27, 2020.

11.    On June 18, 2020, I sent Mr. Myers the draft settlement, which incorporated all of the material terms, by email as well as by standard mail and FedEx to Mr. Myers's office and home addresses.  That same day, I spoke to Mr. Myers briefly on the phone and let him know to review the settlement agreement and send me his feedback.

12.    Mr. Myers had not responded by July 27, 2020, the date of the first settlement disposition conference.  Mr. Myers also failed to attend said disposition conference.  Judge Goddard's clerk Kathleen Mayer told me that she would contact Mr. Myers regarding his non-appearance.  Ultimately, the Court rescheduled the conference to August 3, 2020 (Dkt. No. 70).

13.    The morning of August 3, 2020, just prior to the rescheduled conference, Mr. Myers sent me signed copies of the Settlement Agreement and the accompanying Consent to Jurisdiction by a Magistrate Judge form.  His signatures were dated August 1, 2020.

14.    Mr. Schwerin signed the Settlement Agreement and Consent to Jurisdiction form on Plaintiff's behalf on August 3, 2020, resulting in a fully

1  executed and binding agreement.  Attached as **Exhibit B** is a true and correct copy
2  of the executed Settlement Agreement.
3    15. Mr. Myers attended the August 3, 2020 settlement disposition
4  conference, during which he reported that he had recently mailed HESS's name-
5  change amendment to the California Secretary of State.
6    16. On August 4, 2020 I emailed Mr. Myers copies of the executed
7  Settlement Agreement and Consent to Jurisdiction form.
8    17. When the Secretary of State records as of August 25, 2020 did not
9  reflect any name-change amendment filing, I emailed Mr. Myers: a letter on
10 August 25, 2020 in which I reminded him to submit the name-change amendment
11 pursuant to the Settlement Agreement; another copy of the executed Settlement
12 Agreement; a copy of the fillable name-change form available on the Secretary of
13 State website; and the Court's order setting the third settlement disposition
14 conference for September 4, 2020.  Attached as **Exhibit C** is a true and correct
15 copy of the email I sent to Mr. Myers on August 25, 2020 at 10:46 AM,
16 containing the above-listed components.
17   18. On August 25, 2020 I also overnight shipped these materials to Mr.
18 Myers via standard mail and FedEx to both his office and home addresses.  FedEx
19 verified that these documents arrived at both addresses on August 26, 2020.
20 Attached as **Exhibit D** is a true and correct copy of the letter I sent to Mr. Myers
21 by email, standard mail, and FedEx on August 25, 2020.  Attached as **Exhibit E** is
22 a true and correct copy of the FedEx delivery confirmation I received on August
23 26, 2020.
24   19. Mr. Myers did not respond until September 4, 2020, hours before the
25 third settlement disposition conference (Dkt. No. 72).  On the morning of
26 September 4, 2020, Mr. Myers emailed me a filled-out version of the name-
27 change amendment form I had sent him, which provides for HESS's name change
28 to "Xileh."  In his email, Mr. Myers wrote: "Please find attached the stock name

Declaration of Gary L. Eastman ISO Plaintiff's Motion for Enforcement of Settlement Terms
              CASE NO.:  18cv2000 AJB AHG

1  change paperwork sent to the Secretary of State . . . ." Attached as **Exhibit F** is a
2  true and correct copy of the email I received from Mr. Myers on September 4,
3  2020 at 10:38 AM, by which Mr. Myers sent me his filled-out name-change form
4  and stated he had also sent it to the Secretary of State. Attached as **Exhibit G** is a
5  true and correct copy of the name-change form attached to Mr. Myers's
6  September 4, 2020 email.

7      20. During the September 4, 2020 conference with the Court, Mr. Myers
8  stated that he had mailed the name-change form to the Secretary of State and had
9  also sent me a copy.

10      21. To date, the Secretary of State records show no record of a name-
11  change form for HESS. According to the publicly available records, the most
12  recent-filed document by Helix Environmental and Strategic Solutions is a
13  statement of information filed on April 22, 2020. Attached as **Exhibit H** is a true
14  and correct screenshot of the Secretary of State webpage showing HESS's
15  documents.

16      22. As of the date of this filing, the California Secretary of State was
17  processing amendment forms received by mail on November 6, 2020. Attached as
18  **Exhibit I** is a true and correct screenshot of the Secretary of State webpage
19  reflecting that amendments received on November 6, 2020 are currently being
20  processed.

21      23. I sent Mr. Myers an email on September 21, 2020 again requesting
22  confirmation of his filing of the corporate name change. Attached as **Exhibit J** is
23  a true and correct copy of the email I sent to Mr. Myers on September 21, 2020 at
24  10:53 AM.

25      24. Having received no response to my email of September 21, 2020, I
26  sent Mr. Myers a follow-up email on September 28, 2020, requesting further
27  assurances of the name change being submitted and warning of Plaintiff's
28  intention to seek court intervention if the name change does not occur. I phoned

to follow up with my inquires, leaving voicemail messages requesting a return call to meet and confer. I received no response to my September 28, 2020 email or phone calls. Attached as **Exhibit K** is a true and correct copy of the email I sent to Mr. Myers on September 28, 2020.

25. Mr. Myers's failure to respond to any of my correspondence or phone calls prompted me to contact the Court, which led to the Court setting the fourth settlement disposition conference for November 18, 2020 (Dkt. No. 77).

26. With the exception of Mr. Myers emailing me the filled-out name change amendment form on September 4, 2020 and briefly speaking to me on the phone on June 18, 2020, Mr. Myers has not responded to any of my many correspondences since the June 12, 2020 settlement conference.

27. I have sent Mr. Myers a total of 6 packages since June 12, 2020, totaling $372 in FedEx and mailing costs.

28. On or around November 4, 2020, I received about a dozen packages that were bounced back from Mr. Myers's office address, which is his address on file with the Court. However, none of the mailings I sent to Mr. Myers's home address were returned.

29. To prepare this motion, I had to order a transcript of the settlement terms from June 12, 2020, which cost $54.50. Attached as **Exhibit L** is a true and correct copy of the transcript receipt from DMCC Enterprises, Inc.

30. Since June 12, 2020, I have spent 10.5 hours addressing Defendants' ongoing delays in performance, excluding the preparation of this motion. These tasks include drafting letters and emails to Mr. Myers seeking assurances of his performance, drafting periodic memoranda to the Court regarding Defendants' non-compliance, and attending four settlement disposition conferences.

31. I spent 4 hours of my time reviewing, revising and filing this motion. My hourly rate is $500 per hour, which is reasonable based on my nearly twenty-

five years of experience of an intellectual property attorney working in trademark law, the subject of this action.

32. My associate attorney Sara Gold spent 15 hours assisting me with the preparation of this motion. Her hourly billing rate is $175 per hour.

33. Plaintiff's attorney's fees associated with the preparation and filing of this motion total $4,625. Plaintiff's pre-motion fees associated with trying to secure Defendants' compliance with the Settlement Agreement are $5,250. Additionally, the FedEx and mailing costs and transcript costs associated with Defendants' ongoing delays total $372. In sum, Plaintiff's total fees and costs associated with Defendants' delays and this resulting motion are $10,247.

I certify and declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: November 17, 2020

By: /s/  Gary Eastman
    Gary L. Eastman
        Attorneys for HELIX ENVIRONMENTAL PLANNING, INC.

# CERTIFICATE OF SERVICE

I, the undersigned certify and declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is 401 West A Street, Suite 1785, San Diego, California, 92101, which is located in the county where the service described below took place.

On November 17, 2020, at my place of business in San Diego, California, I served a copy of the following document:

**DECLARATION OF GARY L. EASTMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR ENFORCEMENT OF THE SETTLEMENT TERMS**

Via ECF The undersigned hereby certifies that he caused a copy of the foregoing documents to be filed with the clerk of the U.S. District Court, Southern District of California, using the CM/ECF filing system, and has forwarded a copy to be physically and electronically mailed to the following recipients:

*By email:*
ivandean620@gmail.com

*By mail:*
Ivan Dean Myers
11664 Pala Mesa Drive
Porter Ranch, CA  91326

I certify and declare under penalty of perjury under the laws of the United States of American and the State of California that the foregoing is true and correct.

Executed on November 17, 2020, in San Diego, California.

By:   /s/ Gary Eastman
      Gary Eastman