Gary L. Eastman, Esq. (CSB #182518)
Eastman McCartney Dallmann LLP
401 West A Street, Suite 1785
San Diego, CA 92101
(619) 230-1144
Attorney for Plaintiff

HELIX ENVIRONMENTAL PLANNING, INC.

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELIX ENVIRONMENTAL PLANNING, INC. a California corporation,<br><br>                    Plaintiff,<br><br>     vs.<br><br>HELIX ENVIRONMENTAL AND STRATEGIC SOLUTIONS, a California corporation; and IVAN DEAN MYERS, an individual<br><br>                    Defendants. | Case No.: 18cv2000 AJB AHG<br><br>**EXHIBITS TO DECLARATION OF GARY L. EASTMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR ENFORCEMENT OF SETTLEMENT TERMS**<br><br>Judge: Hon. A.J. Battaglia<br>Magistrate: Hon. Allison Goddard<br><br>Date: January 21, 2021<br>Time: 2:00 p.m.<br>Place: Courtroom 4A |

Exhibits to Declaration of Gary L. Eastman ISO Plaintiff's Motion for Enforcement of Settlement Terms
CASE NO.:  18cv2000 AJB AHG

1

**Exhibit A** is a true and correct copy of the transcript of the settlement terms placed on the record by Mr. Schwerin and Mr. Myers before Judge Goddard on June 12, 2020.

**Exhibit B** is a true and correct copy of the executed Settlement Agreement.

**Exhibit C** is a true and correct copy of the email I sent to Mr. Myers on August 25, 2020 at 10:46 AM, containing the above-listed components.

**Exhibit D** is a true and correct copy of the letter I sent to Mr. Myers by email, standard mail, and FedEx on August 25, 2020.

**Exhibit E** is a true and correct copy of the FedEx delivery confirmation I received on August 26, 2020.

**Exhibit F** is a true and correct copy of the email I received from Mr. Myers on September 4, 2020 at 10:38 AM, by which Mr. Myers sent me his filled-out name-change form and stated he had also sent it to the Secretary of State.

**Exhibit G** is a true and correct copy of the name-change form attached to Mr. Myers's September 4, 2020 email.

**Exhibit H** is a true and correct screenshot of the Secretary of State webpage showing HESS's documents.

**Exhibit I** is a true and correct screenshot of the Secretary of State webpage reflecting that amendments received on November 6, 2020 are currently being processed.

**Exhibit J** is a true and correct copy of the email I sent to Mr. Myers on September 21, 2020 at 10:53 AM.

**Exhibit K** is a true and correct copy of the email I sent to Mr. Myers on September 28, 2020.

**Exhibit L** is a true and correct copy of the transcript receipt from DMCC Enterprises, Inc.

Exhibits to Declaration of Gary L. Eastman ISO Plaintiff's Motion for Enforcement of Settlement Terms
CASE NO.:  18cv2000 AJB AHG

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

Exhibits to Declaration of Gary L. Eastman ISO Plaintiff's Motion for Enforcement of Settlement Terms

CASE NO.:  18cv2000 AJB AHG

1           United States District Court

2           for the Southern District of California

3

4    HELIX ENVIRONMENTAL PLANNING,        )
     INC.,                                )    No. 18cv2000-AHG
5                                         )
           Plaintiff,                     )    June 12, 2020
6                                         )
                v.                        )
7                                         )    San Diego, California
     HELIX ENVIRONMENTAL AND              )
8    STRATEGIC SOLUTIONS, et al.          )
                                          )
9          Defendants.

10

11                   Transcript of Settlement Terms
                 BEFORE THE HONORABLE ALLISON H. GODDARD
12                    United States Magistrate Judge

13   APPEARANCES:

14   For the Plaintiff:      EASTMAN McCARTNEY DALLMANN LLP
                                GARY L. EASTMAN
15                              SARA GOLD

16   For the Defendant:      IVAN D. MYERS
                                Pro Se
17

18

19

20

21   Transcriber:            Dana Peabody, RDR, CRR
                             District Court Clerk's Office
22                           333 West Broadway, Suite 420
                             San Diego, California, 92101
23
     (Transcript prepared from a recording)
24

25

1          San Diego, California, June 12, 2020

2                        *   *   *

3          THE COURT:  We are now recording.  You should get a

4    little notice or warning.

5          MR. MYERS:  It says "recording" in the top left

6    corner.

7          THE COURT:  Let me just state for the record that we

8    are here for a settlement conference in Case Number 18cv2000,

9    Helix Environment Planning, Inc., versus Helix Environmental

10   Strategic Solutions and Ivan D. Myers.

11        Will you please state your appearance on behalf of Helix

12   Environmental Planning, Inc.

13         MR. EASTMAN:  This is Gary Eastman, attorney for Helix

14   Environmental Planning, Inc., and Sara Gold, also an attorney,

15   and representative Mike Schwerin for the company.

16         THE COURT:  Thank you.

17        And on behalf of Helix Environmental Strategic Solutions

18   and Ivan D. Myers, will you confirm you're here, Mr. Myers?

19         MR. MYERS:  I am.

20         THE COURT:  Thank you.

21         MR. MYERS:  My name is Ivan Myers.

22         THE COURT:  Thank you.

23        So the parties have been engaged in settlement negotiations

24   for sometime, and we have reached an agreement to terms of the

25   settlement.

1      I'm going to read those terms into the record, and I am

2   going to refer to Helix Environmental Planning as plaintiff,

3   and I'm going to refer to Helix Environmental Strategic

4   Solutions and Ivan D. Myers collectively as defendants.

5      I understand that when you are finalizing your settlement

6   agreement, you may have -- there may be some way, Mr. Myers,

7   that you want to have the money that's going to be paid

8   directly either to you personally or to your business.  I don't

9   consider that to be a material term, so you can just let

10  Mr. Eastman know that when you're negotiating the terms of the

11  final settlement agreement.  I just wanted to let you know

12  that's how I'm going to refer to everyone.

13     So the first term is plaintiff will change its business

14  name so that it does not use "Helix" or "Helix Environmental"

15  in the business name.

16     Plaintiff will file a certificate of amendment with the

17  California Secretary of State documenting that name change no

18  later than August 1, 2020, in exchange for $1,000 to be paid to

19  whomever defendant designates within five business days after

20  defendant notifies plaintiff of the name change and provides

21  plaintiff with a copy of the certificate and amendment that was

22  filed with the Secretary of State.

23          MR. EASTMAN:  Your Honor.

24          THE COURT:  Yes.

25          MR. EASTMAN:  You did mention that plaintiff would

1  file the amendment.  My understanding was the defendant was

2  going to file that amendment.

3          THE COURT:  That's what I meant to say.  Sorry.

4  Defendant will be filing that amendment.

5          MR. EASTMAN:  All right.  Thank you.

6          THE COURT:  And providing a copy to plaintiff, and

7  plaintiff will not be obligated to pay the $1,000 to defendant

8  until plaintiff has received a copy of the certificate of

9  amendment that was filed.

10     And please listen carefully just like Mr. Eastman just did

11  because it's late in the day, and if I muddle something up,

12  let's get it cleared up.

13     The second term is that defendants will transfer ownership

14  and control of the helixenvironmental.com domain to the

15  plaintiff no later than December 1, 2020, in exchange for

16  $20,000 to be paid to defendants by plaintiff within five

17  business days following the transfer of the website.

18     The third term is that after the transfer of the website,

19  plaintiff will leave the existing DNS record for defendant's

20  mail server as is which will allow defendants to continue using

21  the email address imyers@helixenvironmental.com through

22  July 31st, 2021.

23     The fourth term is that there will be no -- that defendants

24  will not update or relaunch the website except that defendants

25  can post a redirection notice on the website until the website

1  is transferred to plaintiff.  Any redirection notice will state

2  quote, Helix Environmental and Strategic Solutions has changed

3  our name.  We are now insert the new name.  If you are not

4  directed to our new website within blank seconds, please click

5  on the link to our new website below, and the website can

6  display the link to defendant's new website.

7      The fifth term is that defendants will only use "Helix" or

8  "Helix Environmental" in marketing materials to note that it is

9  the former name of their business, and defendants will cease

10  any use of these terms in marketing materials after December 1,

11  2020.

12      The sixth term is that plaintiff will waive the sanctions

13  of $1,240 that are currently due from defendants.

14      The seventh term is that the Court will retain continuing

15  jurisdiction specifically with Magistrate Judge Allison Goddard

16  until the transfer of the website and all payments under the

17  agreement are complete.

18      The Court's authority in this continuing jurisdiction will

19  be to enforce the terms of the settlement.

20      The eighth term is that there will be a formal settlement

21  agreement specifying all these terms.

22      Mr. Eastman will provide the first draft of the agreement

23  to Mr. Myers no later than June 19, 2020.

24      The ninth term is that each party, plaintiff and

25  defendants, will bear his or its own attorney's fees and costs.

1    The tenth term is that there will be a mutual general

2  release of claims and Civil Code Section 1542 waiver that will

3  contain an exception for any actions to enforce the terms of

4  this settlement agreement.

5    Those are the material terms we agreed to today.

6    Mr. Myers, will you please confirm that you agree on behalf

7  of both yourself as an individual and also on behalf of Helix

8  Environmental and Strategic Solutions, a California

9  corporation.

10           MR. MYERS:  Yes, ma'am.

11           THE COURT:  So I just need you to say "we agree."

12           MR. MYERS:  We agree.

13           THE COURT:  Okay.  And what is your role at Helix

14  Environmental and Strategic Solutions?

15           MR. MYERS:  The president --

16           THE COURT:  Okay.

17           MR. MYERS:  -- of the company.

18           THE COURT:  Can you confirm you have the authority to

19  bind the corporation?

20           MR. MYERS:  Yes, ma'am, I do have authority to bind

21  the corporation.

22           THE COURT:  Thank you.

23    Now, on behalf of defendant, Mr. Schwerin, can you confirm

24  your name, title, and your authorization to bind the Helix

25  Environmental Planning, Inc.?

 1          MR. EASTMAN:  One moment.  First, Your Honor, Sara,
 2    you had identified one other term that was perhaps a
 3    misstatement.  Could you be clear on that?
 4          MS. GOLD:  In the very first term when we started
 5    reciting all of the terms, I think, Your Honor, you might have
 6    mistakenly said that plaintiff was going to stop using the term
 7    "Helix" or "Helix Environmental" instead of defendant.
 8          THE COURT:  Okay.  I thought we changed that, but
 9    let's just double confirm that.
10        So the first term of the agreement is that defendants agree
11    to change their business name so that it will not include the
12    terms "Helix" or "Helix Environmental."  Defendants will file
13    an amendment with the California Secretary of State documenting
14    that name change no later than August 1st, 2020, in exchange
15    for payment by plaintiff of $1,000 that will be paid within
16    five business days after plaintiffs have been notified by
17    defendants of the name change and after defendants have
18    provided plaintiff with a copy of the certificate of amendment
19    that they filed with the California Secretary of State.
20        Does that clarify it?
21          MS. GOLD:  Yes.
22          MR. EASTMAN:  Thank you, Your Honor.
23          THE COURT:  Okay.  And you understand and agree to
24    that term, Mr. Myers, correct?
25          MR. MYERS:  We do.

1          THE COURT:  Okay.  Thank you.

2      Okay.  Mr. Schwerin, state your name, your position at the

3  company, and confirm your authority to bind the company,

4  please.

5      MR. SCHWERIN:  Michael Schwerin, CEO and president of Helix

6  Environmental Planning.

7      I am authorized by our board to enter into binding

8  agreements on behalf of the company.

9          THE COURT:  And do you agree to the terms that we just

10  discussed?

11          MR. SCHWERIN:  I agree to the terms as you have read

12  them.

13          THE COURT:  Okay.  So here's how -- thank you,

14  everyone.  This has been hard-fought litigation, and I

15  appreciate everyone coming together to make this happen.  I

16  think it's a wise resolution.

17      What we'll do on the court side is when my clerk is going

18  to send over a consent form to assist with the language in the

19  consent to continuing jurisdiction of the Court, we will put

20  this case on a settlement track, and we'll set periodic

21  settlement disposition conferences that we have that will be

22  telephonic, attorneys only, just to make sure everything's

23  staying on track to get done.

24      If you need the Court's assistance in enforcing the terms

25  of the settlement agreement, you should follow the procedures I

1    have for discovery disputes, which is you should send me a

2    joint email outlining what the dispute is.  I'll set up a call,

3    and I'll see if we need to have you brief it.  Otherwise, I

4    might just issue an order.  That will be how we proceed.

5         Is there anything anyone else needs to say on the record

6    before we end the conference?

7              MR. EASTMAN:  No, Your Honor, except I just would like

8    to make sure that we have current contact since I'm going to be

9    sending out a draft settlement agreement.  I want to make sure

10   that I have a current email address for Mr. Myers.

11             MR. MYERS:  You do.

12             THE COURT:  It's still the same one we used today,

13   right, imyers@helixenvironmental.com?  That will work for now,

14   correct?

15             MR. MYERS:  Yes, ma'am.

16             MR. EASTMAN:  All right.  Thank you.

17             THE COURT:  If you have any trouble getting in touch

18   with each other, just let the Court know, and we'll step in and

19   help.

20             MR. MYERS:  May I say something?

21             THE COURT:  Yes, please.

22             MR. MYERS:  I'm more than willing to have Mr. Eastman

23   call me.  We were able to work through whatever the issue was

24   earlier when we spoke to each other.

25             THE COURT:  And I'll expect that you do that before

1   you get me involved.

2       So I appreciate you're agreeing to do that.

3       Okay.  Thank you, everyone.  That will end the conference.

4   I hope you all have a nice weekend and look forward to focusing

5   on the future and not this.

6           MR. EASTMAN:  Thank you very much, Your Honor.  I

7   appreciate your active hand in resolving this.

8           MR. MYERS:  Stay healthy.

9           THE COURT:  Happy to do it.  Thank you.

10                      ---000---

11              C-E-R-T-I-F-I-C-A-T-I-O-N

12

13      I hereby certify that the foregoing is a correct transcript

14  from the electronic sound recording of the proceedings in the

15  above-entitled matter.

16      Dated November 12, 2020, at San Diego, California.

17

18
                          /Dana Peabody/
19                        Dana Peabody, Transcriber

20

21

22

23

24

25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

Exhibits to Declaration of Gary L. Eastman ISO Plaintiff's Motion for Enforcement of Settlement Terms
CASE NO.:  18cv2000 AJB AHG

4

FILED UNDER SEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

Exhibits to Declaration of Gary L. Eastman ISO Plaintiff's Motion for Enforcement of Settlement Terms
CASE NO.:  18cv2000 AJB AHG

5

## Gary L. Eastman

| | |
|---|---|
| **From:** | Gary L. Eastman <Gary@EMDLLP.com> |
| **Sent:** | Tuesday, August 25, 2020 10:46 AM |
| **To:** | 'ivandean620'; 'imyers@helixenvironmental.com' |
| **Subject:** | Progress of Settlement and Upcoming Settlement Disposition Conference |
| **Attachments:** | Ivan Myers Settlement Status Letter 20200824.pdf; Helix Settlement Agreement_FINAL_ALL EXECUTED.pdf; 72 - Order Setting Third Settlement Conference.pdf; CA SOS NAME CHANGE DOCUMENT.pdf |

| | |
|---|---|
| **Importance:** | High |

Mr. Myers –

Attached please find the following:

1. Letter of today's date
2. Fully Executed Settlement Agreement
3. California Secretary of State Name Change Form (Blank is found here:  https://bpd.cdn.sos.ca.gov/corp/pdf/amendments/05a-amdt-stk-na.pdf)
4. Order for third Settlement disposition Conference.

We really need to get this matter moving towards full settlement, and your participation is required.

Please look these over and call with any questions.

Thank you,

Gary

Gary L. Eastman
Attorney at Law



Intellectual Property Matters
San Diego Office
401 West A Street, Suite 1785
San Diego, California  92101
619-230-1144

gary@EMDLLP.com
www.emdllp.com

This communication has been sent by a law office, and may contain confidential and/or privileged information.  It is intended only for the addressee, and any further transmission of this message is not authorized. If this communication has been misdirected, please delete it immediately and email gary@emdllp.com to report the error.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D

Exhibits to Declaration of Gary L. Eastman ISO Plaintiff's Motion for Enforcement of Settlement Terms

CASE NO.:  18cv2000 AJB AHG



Gary L. Eastman
401 West A Street. Suite 1785
San Diego, California  92101
619-230-1144
gary@emdllp.com

### FRE 408 CONFIDENTIAL SETTLEMENT OFFER

August 25, 2020

Ivan Dean Myers                              **VIA FEDERAL EXPRESS AND U.S. MAIL**
19360 Rinaldi Street, Box 663
Porter Ranch, CA 91326

Helix Environmental Strategy and Solutions, LLC
19360 Rinaldi Street, Box 663
Porter Ranch, CA 91326

Ivan Dean Myers                              **VIA FEDERAL EXPRESS AND U.S. MAIL**
11664 Pala Mesa Drive
Porter Ranch, CA 91326

   Re:  Follow Up on Settlement

Dear Mr. Myers:

  As you know, we settled this case on June 12, 2020.  There were specific tasks outlined in the Settlement Agreement signed by you on August 1, 2020.  Unfortunately, despite your agreement to perform those specific tasks within specific time frames, we have seen little progress with regard to the items you agreed to perform.  The most pressing action item was the renaming of the HELIX ENVIROINMETNAL STATREGY and SOLUTIONS corporation which was to be completed no later than August 1, 2020.  When we last spoke, you mentioned you had undertaken the corporate name change.  However, as of today's date, the California Secretary of State website still lists the original corporate name of HELIX ENVIRONMENTAL AND STRATEGIC SOLUTIONS, and the last filing reflected on the Secretary of State website is the Statement of Information you filed on April 22, 2020.

  In light of the past due nature of the Corporate Name Change, and your prior representation that you have completed the required documents for submission, please provide me with a copy of the filing.  If  you have not yet accomplished the name change filing, I have taken the liberty to provide a draft of the California Secretary of State PDF form for your review and use.  Obviously, I do not

Ivan Dean Myers
August 25, 2020
Page 2 of 2

represent you in this matter, and this is not to be construed as any legal advice whatsoever.  I have simply accessed the California Secretary of State website forms page for the Corporate Name Change and filled in the public information (https://bpd.cdn.sos.ca.gov/corp/pdf/amendments/05a-amdt-stk-na.pdf).  I have not entered any new corporate name as I am unaware of the new name you have selected.  If you choose this approach, you would simply fill in the new corporate name where indicated, and mail it to the Secretary of State with a check for $30 payable to the Secretary of State.  They will record the document and return you a file-stamped copy of the Amendment to the Articles for your records.

Following the settlement of the case, a first Telephonic Settlement Disposition Conference (SDC) was held on July 27, 2020, and a second one was held on August 3, 2020.  A third one is scheduled for September 4, 2020, at 2:30 p.m.  I have attached a copy of the Order Setting Third Settlement Disposition Conference for your reference.

It is our continued strong hope that this matter can progress towards final resolution through the mutual performance of covenants set forth in the fully executed Settlement Agreement.  However, please note that this matter is very important to my clients, and their patience with your repeated delays in moving towards closure is running thin.  If there is no meaningful progress in accomplishing the action items before the upcoming hearing, Helix Environmental Planning, Inc. will file a motion to compel compliance with the settlement.  Accordingly, please proceed immediately with the completion of the corporate name change and provide us with proof of your submission.

Thank you for your anticipated cooperation in finalizing this settlement.

Sincerely,

/S/  Gary L. Eastman

Gary L. Eastman

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT E

Exhibits to Declaration of Gary L. Eastman ISO Plaintiff's Motion for Enforcement of Settlement Terms
CASE NO.:  18cv2000 AJB AHG

| From: | TrackingUpdates@fedex.com |
|---|---|
| To: | gary@emdllp.com |
| Subject: | FedEx Shipment 771356454909: Your package has been delivered |
| Date: | Wednesday, August 26, 2020 10:06:31 AM |



# Hi. Your package was delivered Wed, 08/26/2020 at 9:40am.



Delivered to 11664 PALA MESA DR 9, PORTER RANCH, CA 91326

**OBTAIN PROOF OF DELIVERY**

| | |
|---|---|
| **TRACKING NUMBER** | 771356454909 |
| **FROM** | Eastman McCartney Dallman LLP |
| | 401 West A Street |
| | Suite 1785 |
| | San Diego, CA, US, 92101 |
| **TO** | Ivan Dean Myers |
| | 11664 Pala Mesa Drive |
| | PORTER RANCH, CA, US, 91326 |
| **REFERENCE** | Helix |
| **SHIPPER REFERENCE** | Helix |

| | |
|---|---|
| **SHIP DATE** | Tue 8/25/2020 05:08 PM |
| **DELIVERED TO** | Residence |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | San Diego, CA, US, 92101 |
| **DESTINATION** | PORTER RANCH, CA, US, 91326 |
| **SPECIAL HANDLING** | Residential Delivery |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Priority Overnight |

# Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

**LEARN MORE**

**FOLLOW FEDEX**       

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:06 PM CDT 08/26/2020.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **To:** | gary@emdllp.com |
| **Subject:** | FedEx Shipment 771356407351: Your package has been delivered |
| **Date:** | Wednesday, August 26, 2020 10:08:12 AM |



# Hi. Your package was delivered Wed, 08/26/2020 at 9:41am.



Delivered to 19360 RINALDI ST 913, PORTER RANCH, CA 91326
Received by T.TRECERO

**OBTAIN PROOF OF DELIVERY**

| | |
|---|---|
| **TRACKING NUMBER** | 771356407351 |
| **FROM** | Eastman McCartney Dallman LLP |
| | 401 West A Street |
| | Suite 1785 |
| | San Diego, CA, US, 92101 |
| **TO** | Ivan Dean Myers |
| | 19360 Rinaldi Street |
| | PORTER RANCH, CA, US, 91326 |
| **REFERENCE** | Helix |

| | |
|---|---|
| **SHIPPER REFERENCE** | Helix |
| **SHIP DATE** | Tue 8/25/2020 05:08 PM |
| **DELIVERED TO** | Receptionist/Front Desk |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | San Diego, CA, US, 92101 |
| **DESTINATION** | PORTER RANCH, CA, US, 91326 |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Priority Overnight |



## Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

**LEARN MORE**

**FOLLOW FEDEX**        

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:07 PM CDT 08/26/2020.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT F

Exhibits to Declaration of Gary L. Eastman ISO Plaintiff's Motion for Enforcement of Settlement Terms
CASE NO.:  18cv2000 AJB AHG

## Gary L. Eastman

| | |
|---|---|
| **From:** | ivandean620 <ivandean620@gmail.com> |
| **Sent:** | Friday, September 4, 2020 10:38 AM |
| **To:** | gary@eastmanmccartney.com |
| **Subject:** | Name Change doc 09-04-2020 10.30.46.pdf |
| **Attachments:** | CamScanner 09-04-2020 10.30.46.pdf |

Gary,

Please find attached the stock  name change paperwork sent to the Secretary of State articles of incorporation

Ivan

Sent from my Sprint Samsung Galaxy S8+.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT G



**Secretary of State**
**Certificate of Amendment of**
**Articles of Incorporation**

*Name Change Only - Stock*

**AMDT-
STK-NA**

**IMPORTANT** — Read Instructions before completing this form.

**Filing Fee – $30.00**

Copy Fees – First Page $1.00 & .50 for each attachment page;
Certification Fee – $5.00

This Space For Office Use Only

| 1. **Corporation Name** (Enter the exact name of the corporation as it currently is recorded with the California Secretary of State.) | 2. **7-Digit Secretary of State File Number** |
|---|---|
| HELIX ENVIRONMENTAL AND STRATEGIC SOLUTIONS | C3872856 |

**3. New Corporation Name**

**Item 3a:** Enter the number, letter or other designation assigned to the provision in the Articles of Incorporation being amended (e.g., "I," "First," or "A"). **See Instructions** if the provision in the Articles of Incorporation being amended does not include a number, letter, or other designation. Any attachment is made part of this document.

**Item 3b:** Enter the new corporate name.

3a.  Article _____1_____ of the Articles of Incorporation is amended to read as shown in Item 3b below:

3b.  The name of the corporation is   Xileh Consulting Group

**4. Approval Statements**

4a.  The Board of Directors has approved the amendment of the Articles of Incorporation.

4b.  Shareholder approval was (**check one**):

☐ By the required vote of shareholders in accordance with California Corporations Code section 902. The total number of outstanding shares of the corporation entitled to vote is _____ . The number of shares voting in favor of the amendment equaled or exceeded the vote required. The percentage vote required was more than 50%.

☑ Not required because the corporation has no outstanding shares.

**5. Read, sign and date below (See instructions for signature requirements.  Note:  Both lines must be signed.)**

We declare under penalty of perjury under the laws of the State of California that the matters set forth herein are true and correct of our own knowledge, and we are authorized by California law to sign.

| | | |
|---|---|---|
| 9/3/2020 | *signature* | Ivan Dean Myers |
| Date | Signature | Type or Print Name of President |
| 9/3/2020 | *signature* | Ivan Dean Myers |
| Date | Signature | Type or Print Name of Secretary |

AMDT-STK-NA (REV 06/2019)

2019 California Secretary of State
bizfile.sos.ca.gov

*Scanned with CamScanner*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT H

Exhibits to Declaration of Gary L. Eastman ISO Plaintiff's Motion for Enforcement of Settlement Terms
CASE NO.:  18cv2000 AJB AHG

10

**Alex Padilla**
**California Secretary of State**

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Monday, October 19, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C3872856    HELIX ENVIRONMENTAL AND STRATEGIC SOLUTIONS

| | |
|---|---|
| **Registration Date:** | 02/08/2016 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **LEGALZOOM.COM, INC. (C2967349)** |
| | To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| **Entity Address:** | 19360 RINALDI ST<br>PORTER RANCH CA 91326 |
| **Entity Mailing Address:** | 19360 RINALDI ST<br>PORTER RANCH CA 91326 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of February.

| Document Type ⬍ | File Date ⬇ | PDF |
|---|---|---|
| SI-NO CHANGE | 04/22/2020 | |
| SI-COMPLETE | 02/15/2016 | |
| REGISTRATION | 02/08/2016 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| **Modify Search** | **New Search** | **Back to Search Results** |
|---|---|---|

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT I

Exhibits to Declaration of Gary L. Eastman ISO Plaintiff's Motion for Enforcement of Settlement Terms
CASE NO.:  18cv2000 AJB AHG



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT J

Exhibits to Declaration of Gary L. Eastman ISO Plaintiff's Motion for Enforcement of Settlement Terms
CASE NO.:  18cv2000 AJB AHG

12

## Gary L. Eastman

**From:**       Gary L. Eastman <Gary@EMDLLP.com>
**Sent:**        Monday, September 21, 2020 10:53 AM
**To:**          'ivandean620'; 'imyers@helixenvironmental.com'
**Subject:**    California Secretary of State Status

Mr. Myers –

Just a quick note to confirm that you filed the Secretary of State name change that you mentioned during our Court Status Conference on September 4, 2020.  According to the Secretary of State database, as of today the HELIX ENVIRONMENTAL AND STRATEGIC SOLUTIONS corporate name remains the same.  (See below)



Also, according to the Secretary of State website, they are now working on amendment filings received September 8, 2020.



**Please confirm to me that you have indeed filed the Secretary of State Name Change.** It is imperative that the steps to wind up this matter are performed so that we can have the entire completely resolved by year end.

Thank you,

Gary

Gary L. Eastman
Attorney at Law



Intellectual Property Matters
San Diego Office
401 West A Street, Suite 1785
San Diego, California  92101
619-230-1144

gary@EMDLLP.com
www.emdllp.com

This communication has been sent by a law office, and may contain confidential and/or privileged information.  It is intended only for the addressee, and any further transmission of this message is not authorized. If this communication has been misdirected, please delete it immediately and email gary@emdllp.com to report the error.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT K

Exhibits to Declaration of Gary L. Eastman ISO Plaintiff's Motion for Enforcement of Settlement Terms
CASE NO.:  18cv2000 AJB AHG

13

## Gary L. Eastman

| | |
|---|---|
| **From:** | Gary L. Eastman <Gary@EMDLLP.com> |
| **Sent:** | Monday, September 28, 2020 4:19 PM |
| **To:** | 'ivandean620'; 'imyers@helixenvironmental.com' |
| **Cc:** | gary@emdllp.com |
| **Subject:** | RE: California Secretary of State Status |

**Importance:**   High

Mr. Myers –

I am following up on my email from last week regarding the HELIX ENVIRONMENTAL AND STRATEGIC SOLUTIONS name change you have committed to file.  To date, nothing has changed on the Secretary of State website, and your company name remains the same.



Also, processing dates are now up to September 17, 2020.  This means that if your Amendment had been mail submitted and received by September 17, 2020 (two weeks after you said you had submitted it), the Secretary of State would have already acted on it.



The name change is nearly two months past due per the terms of our Settlement Agreement, and this matter must be resolved now. If we do not have confirmation by Friday October 2, 2020, that the name change has occurred, we will be forced to rejoin the court to this effort to enforce the terms of the Settlement Agreement.

Regards,

Gary

Gary L. Eastman
Attorney at Law



Intellectual Property Matters
San Diego Office
401 West A Street, Suite 1785
San Diego, California  92101
619-230-1144

gary@EMDLLP.com
www.emdllp.com

This communication has been sent by a law office, and may contain confidential and/or privileged information.  It is intended only for the addressee, and any further transmission of this message is not authorized. If this communication has been misdirected, please delete it immediately and email gary@emdllp.com to report the error.

**From:** Gary L. Eastman <Gary@EMDLLP.com>
**Sent:** Monday, September 21, 2020 10:53 AM
**To:** 'ivandean620' <ivandean620@aol.com>; 'imyers@helixenvironmental.com' <imyers@helixenvironmental.com>
**Subject:** California Secretary of State Status

Mr. Myers –

Just a quick note to confirm that you filed the Secretary of State name change that you mentioned during our Court Status Conference on September 4, 2020.  According to the Secretary of State database, as of today the HELIX ENVIRONMENTAL AND STRATEGIC SOLUTIONS corporate name remains the same.  (See below)



Also, according to the Secretary of State website, they are now working on amendment filings received September 8, 2020.



**Please confirm to me that you have indeed filed the Secretary of State Name Change.**  It is imperative that the steps to wind up this matter are performed so that we can have the entire completely resolved by year end.

Thank you,

Gary

Gary L. Eastman
Attorney at Law



Intellectual Property Matters
San Diego Office
401 West A Street, Suite 1785
San Diego, California  92101
619-230-1144

gary@EMDLLP.com
www.emdllp.com

This communication has been sent by a law office, and may contain confidential and/or privileged information.  It is intended only for the addressee, and any further transmission of this message is not authorized. If this communication has been misdirected, please delete it immediately and email gary@emdllp.com to report the error.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT L

**DMCC Enterprises, Inc.**
9435 Morcado Circle
La Mesa, CA  91941
6195204914
danapeabodycsr@gmail.com

**BILL TO**
Eastman McCartney Dallmann

## INVOICE 959

**DATE** 11/12/2020   **TERMS** Net 30

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 06/12/2020 | **Transcript 3-Day Civil** | Transcript delivered within 3 days | 10 | 5.45 | 54.50 |

Case Name Helix
Case No. 18cv2000

| TOTAL DUE | $54.50 |
|-----------|--------|

Tax ID 45-3719405

CERTIFICATE OF SERVICE

I, the undersigned certify and declare as follows:

I am over the age of eighteen years and not a party to this action.  My business address is 401 West A Street, Suite 1785, San Diego, California, 92101, which is located in the county where the service described below took place.

On November 17, 2020, at my place of business in San Diego, California, I served a copy of the following document:

**DECLARATION OF GARY L. EASTMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR ENFORCEMENT OF THE SETTLEMENT TERMS**

Via ECF The undersigned hereby certifies that he caused a copy of the foregoing documents to be filed with the clerk of the U.S. District Court, Southern District of California, using the CM/ECF filing system, and has forwarded a copy to be physically and electronically mailed to the following recipients:

*By email:*
ivandean620@gmail.com

*By mail:*
Ivan Dean Myers
11664 Pala Mesa Drive
Porter Ranch, CA  91326

I certify and declare under penalty of perjury under the laws of the United States of American and the State of California that the foregoing is true and correct.

Executed on November 17, 2020, in San Diego, California.

By:     /s/ Gary Eastman
        Gary Eastman

---

Exhibits to Declaration of Gary L. Eastman ISO Plaintiff's Motion for Enforcement of Settlement Terms
                                    CASE NO.:  18cv2000 AJB AHG