Gary L. Eastman, Esq. (CSB #182518)
Eastman McCartney Dallmann LLP
401 West A Street, Suite 1785
San Diego, CA 92101
(619) 230-1144
Attorneys for Plaintiff
HELIX ENVIRONMENTAL PLANNING, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELIX ENVIRONMENTAL PLANNING, INC. a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HELIX ENVIRONMENTAL AND STRATEGIC SOLUTIONS, a California corporation; and IVAN DEAN MYERS, an individual.<br><br>Defendants. | CASE NO: 18cv2000 AJB AHG<br><br>**PLAINTIFF'S MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. Anthony J. Battaglia<br>Date: January 21, 2021<br>Time: 2:00 p.m. |

Plaintiff Helix Environmental Planning, Inc. respectfully applies, under Civil Local Rule 79.2 and Section II. j of the ECF Administrative Policies and Procedures, for an order permitting the filing of the following documents under

Motion for to File Under Seal

CASE NO.: 18cv2000 AJB AHG

1  seal: Exhibit B to the November 17, 2020 Declaration of Gary L. Eastman (Dkt.
2  No. 93-2).
3       Mr. Eastman's Declaration and the exhibit is offered in support of
4  Plaintiff's Memorandum of Points and Authorities in Support of Motion for
5  Enforcement of Settlement Agreement (Dkt. No. 93-1).
6       Exhibit B is a copy of the CONFIDENTIAL SETTLEMENT
7  AGREEMENT executed by the Parties following the settlement placed on the
8  record before Judge Goddard on June 12, 2020.  The CONFIDENTIAL
9  SETTLEMENT AGREEMENT contains a provision of confidentiality, and
10 prohibits disclosure as follows:

12     23.    Each Party warrants and agrees that the terms of the Agreement and
13 the negotiations that led to it, including all disclosed financial information,
14 have been kept confidential by that Party, and shall continue to be kept
15 confidential by that Party, and are not to be disclosed to third parties, either
16 directly or indirectly, without the prior written consent of the other Party,
17 except as otherwise provided herein.  Each Party may disclose the terms of
18 the Agreement only to its employees, attorneys, and accountants.  Any such
19 employees, attorneys, or accountants shall be informed of the
20 confidentiality of such information.  Either Party may, while taking
21 reasonable measures to maintain confidentiality, disclose the existence of
22 the Agreement and its contents without prior written consent of the other
23 Party if reasonably necessitated by: (a) any order duly issued by a court of
24 competent jurisdiction; or (b) any applicable statutes, laws, rules, or
25 regulations, but must provide notice to the other Party at least 10 days
26 before such disclosure.  Notwithstanding the above, any Party may, in the
27 course of its business, inform any third party simply that this matter or
28 dispute has been resolved.

Motion for to File Under Seal
               CASE NO.:  18cv2000 AJB AHG

| | |
|---|---|
| 1 | |
| 2 | For this reason, Plaintiff respectfully requests that the Court permit the |
| 3 | filing under seal of the aforementioned document. In accordance with Section 2(j) |
| 4 | of the Electronic Case Filing, Administrative Policies and Procedures, a Proposed |
| 5 | Order will be emailed to efile_battaglia@casd.uscourts.gov. |
| 6 | |
| 7 | |
| 8 | Respectfully submitted, |
| 9 | |
| 10 | Dated:  November 17, 2020      EASTMAN MCCARTNEY DALLMANN LLP |

By: /s/ Gary L. Eastman_____
Gary L. Eastman, Esq.
Attorneys for Plaintiff

Motion for to File Under Seal

CASE NO.:  18cv2000 AJB AHG

# CERTIFICATE OF SERVICE

I, the undersigned certify and declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is 401 West A Street, Suite 1785, San Diego, California, 92101, which is located in the county where the service described below took place.

On November 18, 2020, at my place of business in San Diego, California, I served a copy of the following document:

**PLAINTIFF'S MOTION TO FILE UNDER SEAL**

Via ECF The undersigned hereby certifies that he caused a copy of the foregoing documents to be filed with the clerk of the U.S. District Court, Southern District of California, using the CM/ECF filing system, and has forwarded a copy to be physically and electronically mailed to the following recipients:

*By email:*
ivandean620@gmail.com

*By mail:*
Ivan Dean Myers
11664 Pala Mesa Drive
Porter Ranch, CA  91326

I certify and declare under penalty of perjury under the laws of the United States of American and the State of California that the foregoing is true and correct.

Executed on November 18, 2020, in San Diego, California.

By:                        /s/ Gary L. Eastman
                           Gary L. Eastman

Motion for to File Under Seal

CASE NO.:  18cv2000 AJB AHG